Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

(Additional Counsel for Plaintiffs on the following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, et al.,<br><br>Defendants. | Case Nos. C 08-1190-SI, C 08-1184-SI<br><br>STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL    1    Case Nos. C 08-1190-SI, C 08-1184-SI

|    |               |                                           |
|----|---------------|-------------------------------------------|
| 1  |               | Sanford Jay Rosen                         |
|    |               | Maria V. Morris                           |
| 2  |               | Lori E. Rifkin                            |
|    |               | 315 Montgomery Street, Tenth Floor        |
| 3  |               | San Francisco, CA 94104                   |
|    |               | (415) 433-6830                            |
| 4  | New Counsel:  | Burnham Brown                             |
|    |               | Robert M. Bodzin                          |
| 5  |               | P.O. Box 119                              |
|    |               | Oakland, California 94604-0119            |
| 6  |               | (510) 444-6800                            |

7  PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

8  LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

10  DATED: October 23, 2008            ROSEN, BIEN & GALVAN, LLP

12                                     By _____
13                                     Sanford Jay Rosen, State Bar No. 62566
                                       Maria V. Morris, State Bar No. 223903
14                                     Lori E. Rifkin, State Bar No. 244081

15                                     315 Montgomery Street, Tenth Floor
                                       San Francisco, CA 94104
16                                     Telephone: (415) 433-6830

17  DATED: October 23, 2008            BURNHAM BROWN

19                                     By _____
20                                     Robert M. Bodzin, State Bar No. 201327
                                       P.O. Box 119
21                                     Oakland, CA 94604-0119
                                       Telephone: (510) 444-6800

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
|   | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
|   | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
|   | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
|   | Facsimile: (585) 272-0574 |
| 6 | |
|   | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
|   | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
|   | Telephone: (412) 281-4256 |
| 9 | Facsimile: (412) 642-2380 |

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL    4    Case Nos. C 08-1190-SI, C 08-1184-SI

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2

3  DATED: October ___, 2008

                                    _____
                                    HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT