IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., et al.,<br><br>    Defendants.<br>_____<br><br>CLAUDE BRYANT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SERVICE CORP. INT'L, et al.,<br><br>    Defendants.<br>_____/ | Nos. C 08-01184 SI and C 08-1190 SI<br><br>**SCHEDULING ORDER** |

    Defendants in the case of *Bryant v. Service Corporation International*, No. C 08-1190, are ordered to produce all discovery ordered in this Court's March 27 Order <u>within 21 days of the filing of this Order</u>. Defendants in both cases shall renotice their motions to dismiss for <u>May 22, 2009 at 9:00</u>. A case management conference is hereby scheduled in both cases for <u>July 24, 2009 at 3:00</u>.

    **IT IS SO ORDERED.**

Dated: March 27, 2009

                                                                       SUSAN ILLSTON<br>
                                                                       United States District Judge