IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE CORPORATION INTERNATIONAL, et al., <br><br> Defendants. | No. C 08-1190 SI <br> Related Case: No. C 08-1184 SI <br><br> **ORDER TO SHOW CAUSE WHY ORGANIZATIONAL CHART SHOULD NOT BE FILED WITHOUT SEAL** |

After the May 29, 2009 hearing on defendants' motion to dismiss for lack of personal jurisdiction, defense counsel provided five charts to assist the Court in understanding the corporate structure of defendant Service Corporation International. Counsel explained in a letter dated June 4 that four of the charts (bates numbered SCI (BRY) 00411-14) have been produced to plaintiffs in discovery and that counsel prepared the fifth chart (which does not have a bates number) for the Court after the May 29 hearing. Defense counsel request that if the fifth chart is made part of the record in this case, it be filed under seal. The Court finds that the fifth chart should be included in the record. It is not evident to the Court, however, why it should be filed under seal. **Defense counsel shall file a declaration within five days of the filing of this order explaining why this document should not be filed in the public record.** If defense counsel opts not to file a declaration, the Court shall direct the clerk to file and docket the fifth chart on the public docket.

**IT IS SO ORDERED.**

Dated: July 27, 2009

SUSAN ILLSTON
United States District Judge



Handwritten note on chart: *This is the "fifth chart" -n.*

Chart content (rotated), organizational hierarchy under **Service Corporation International**:

- Service Corporation International
  - SCI Funeral Services, LLC
    - SCI Administrative Services, LLC, the General Partner of
    - Remembrance Memorial Traditions, LLC, the Limited Partner of
      - SCI Special, Inc.
      - SCI Western [Market Support] Cen[ter] (see N[OTES])
      - SCI M[arket ...]
      - SCI Funera[l & Cemetery] Purchasing C[ooperative] (see NO[TES])
    - SCI California Funeral Services, Inc. (see NOTES below)
      - ECI Capital Corporation — 95%
      - California Cemetery & Funeral Services, LLC
  - Alderwoods Group, LLC — 5% (to California Cemetery & Funeral Services, LLC)
    - Alderwoods Group (California), Inc. (see NOTES below)
    - Rose Hills Holdings Corp.
      - Rose Hills Company
  - SCI Executive Services, Inc.

NOTES:
SCI Funeral & Cemetery Purchasing Cooperative, Inc. provides administrative and consulting services to SCI Western Market Support Center, Inc. through a Management Services Agreement

SCI Western Market Support Center, Inc. provides administrative and consulting services to SCI California Funeral Services, Inc. and Alderwoods Group (California), Inc. through a Management Services Agreement.

CONFIDENTIAL