1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,           ) CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
12 themselves and all other employees and former )
   employees similarly situated,          )
13                                         ) [PROPOSED] ORDER CONTINUING
                Plaintiffs,                ) HEARING DATE
14                                         )
   v.                                      )
15                                         )
   ALDERWOODS GROUP, INC.,                 )
16                                         )
                Defendant.                 )
17                                         )
                                           )
18                                         )
                                           )
19 _____ )

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22     1.   The motion hearing date for Defendant's Renewed Motion to Sever Misjoined

23 Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

24

25

26

27

28

  [PROPOSED] ORDER CONTINUING HEARING DATE                                                    1

  Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

6/3/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: June 2, 2011

By: /s/ J. Nelson Thomas _____
   J. Nelson Thomas (*pro hac vice*)
   Patrick J. Solomon (*pro hac vice*)
   Annette Gifford (*pro hac vice*)
   THOMAS & SOLOMON LLP
   693 East Avenue
   Rochester, NY 14607
   Telephone: 585-272-0540
   Facsimile: 585-272-0574

   Robert M. Bodzin, State Bar No. 201327
   BURNHAM BROWN
   P.O. Box 119
   Oakland, CA 94604
   Telephone: (510) 835-6833
   Facsimile: (510) 835-6666

   Charles H. Saul (*pro hac vice*)
   Liberty J. Weyandt (*pro hac vice*)
   Kyle T. McGee (*pro hac vice*)
   MARGOLIS EDELSTEIN
   525 William Penn Place
   Suite 3300
   Pittsburgh, PA 15219
   Telephone: 412-281-4256
   Facsimile: 412-642-2380

   Counsel for Plaintiffs

By: /s/ Nicholas P. Foresteiere _____
   Steven H. Gurnee
   Nicholas P. Forestiere
   John A. Mason
   GURNEE & DANIELS LLP
   2240 Douglas Blvd, Suite 150
   Roseville, CA 95648
   Telephone: 916-797-3100
   Facsimile: 916-797-3131

   Counsel for Defendant

[PROPOSED] ORDER CONTINUING HEARING DATE     2

Case No.: 3:08-CV-01184 SI